BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:13-CR-00391 AWI-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT SHELLEY CORKINS** |
| v. | |
| SHELLEY CORKINS, a.k.a. SHELLEY DAWN KIMBRELL, | |
| Defendant. | |

WHEREAS, the discovery in this case is expected to contain a large amount of proprietary, personal and confidential information including, but not limited to, Social Security numbers, dates of birth, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

Therefore, Defendant SHELLEY CORKINS, a.k.a. Shelley Dawn

Stipulation and Protective Order

Kimbrell, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Christopher D. Baker, hereby agree and stipulate as follows:

    1.   This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

    2.   This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case, and documents produced subsequent to the date of entry of this Order (hereafter, collectively known as the "discovery").

    3.   By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

    4.   The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense

1  Counsel will return the discovery to the Government or certify
2  that it has been destroyed at the conclusion of the case.
3      5.   Defense Counsel will store the discovery in a secure
4  place and will use reasonable care to ensure that it is not
5  disclosed to third persons in violation of this agreement.
6      6.   Defense Counsel shall be responsible for advising the
7  Defendant, employees, and other members of the defense team, and
8  defense witnesses of the contents of this Stipulation and Order.
9      7.   In the event that Defendant substitutes counsel,
10 undersigned Defense Counsel agrees to withhold discovery from new
11 counsel unless and until substituted counsel agrees also to be
12 bound by this Order.
13     IT IS SO STIPULATED.

DATED: November 5, 2013                BENJAMIN B. WAGNER
                                       United States Attorney


                                  By: /s/ Christopher D. Baker
                                       CHRISTOPHER D. BAKER
                                       Assistant U.S. Attorney


DATED: November 5, 2013           By: /s/ Roger T. Nuttall
                                       ROGER T. NUTTALL
                                       Attorney for Defendant
                                       SHELLEY CORKINS


IT IS SO ORDERED.

Dated:   November 6, 2013              _____
                                       SENIOR DISTRICT JUDGE