**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, SHELLEY CORKINS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. **13-cr-0391-AWI-BAM** |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |
| v. | |
| **SHELLEY CORKINS aka SHELLY KIMBRELL,** | |
| Defendant. | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto that the Status Conference currently scheduled for April 28, 2014, at 1:00 p.m. be continued to **June 9, 2014, at 1:00 p.m.** before the Honorable Magistrate Barbara McAuliffe.  The need for a continuance is based upon defense counsel's need for additional time to fully address issues attendant to further plea negotiations and sentencing and to be able to fully advise the defendant.  This is pursuant to an understanding between us and Assistant U.S. Attorney Christopher Baker.

   Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (8)(iv).

**IT IS SO STIPULATED.**

Dated: April 24, 2014.                    Respectfully submitted,

                                          NUTTALL & COLEMAN

                                          By /s/ ROGER T. NUTTALL
                                              ROGER T. NUTTALL
                                              Attorneys for Defendant,
                                              SHELLEY CORKINS

Dated: April 24, 2014.                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          By /s/ CHRISTOPER BAKER
                                              CHRISTOPHER BAKER
                                              Assistant U.S. Attorney

**ORDER**

Good cause appearing therefore,

**IT IS HEREBY ORDERED** that the 3rd Status Conference currently scheduled on April 28, 2014, at 1:00 p.m., is continued to June 9, **2014, at 1:00 p.m.  Time is** excluded under the Speedy Trial Act pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (8)(iv).

IT IS SO ORDERED.

Dated:   **April 24, 2014**                    /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE

2