**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, SHELLEY CORKINS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-cr-0391-AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| v. | |
| SHELLEY CORKINS aka SHELLY KIMBRELL, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Status Conference currently scheduled for June 9, 2014, at 1:00 p.m. be continued to **August 11, 2014, at 1:00 p.m.** before the Honorable Magistrate Barbara McAuliffe.  The need for a continuance is based upon defense counsel's need for additional time to conduct defense investigation and to fully address issues attendant to further plea negotiations and sentencing and to be able to fully advise the defendant.  This is pursuant to an understanding between us and Assistant U.S. Attorney Christopher Baker.

///

///

1

1    Under the circumstances set forth herein, it is respectfully
2 suggested that good cause does exist for a continuance to the
3 hereinabove noted date.
4    The parties stipulate and agree that the interests of
5 justice served by granting this continuance outweigh the best
6 interests of the public and the defendant in a speedy trial and
7 that the delay from the continuance shall be excluded from the
8 calculation of time under the Speedy Trial Act pursuant to 18
9 U.S.C. Sections 3161(h)(7)(A) and (8)(iv).
10    **IT IS SO STIPULATED**.
11    Dated: June 5, 2014.        Respectfully submitted,
12                               NUTTALL & COLEMAN
13
14                               By /s/ ROGER T. NUTTALL
                                    ROGER T. NUTTALL
15                                  Attorneys for Defendant,
                                    SHELLEY CORKINS
16
17    Dated: June 5, 2014.        BENJAMIN B. WAGNER
                                  United States Attorney
18
19
20                               By   /s/ CHRISTOPHER BAKER
                                    CHRISTOPHER BAKER
                                    Assistant U.S. Attorney
21
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

**ORDER**

2

Good cause appearing therefor,

3

**IT IS HEREBY ORDERED** that the 3rd Status Conference currently

4

scheduled on June 9, 2014, at 1:00 p.m., is continued to **August**

5

**11, 2014, at 1:00 p.m. before Judge McAuliffe.** Time is excluded

6

pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (8)(iv).

7

8

IT IS SO ORDERED.

9

Dated:   **June 5, 2014**                     /s/ *Barbara A. McAuliffe*

10

UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28