1  **ROGER T. NUTTALL #42500**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  Attorneys for Defendant, SHELLEY CORKINS

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10 **UNITED STATES OF AMERICA,**        No. 13-cr-0391-AWI-BAM

11         **Plaintiff,**                **STIPULATION TO CONTINUE STATUS**
                                         **CONFERENCE AND ORDER**
12     **v.**

13 **SHELLEY CORKINS aka**
   **SHELLY KIMBRELL,**
14
           **Defendant.**
15

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto

18 that the Status Conference currently scheduled for August 11,

19 2014, at 1:00 p.m. be continued to **September 22, 2014, at 1:00**

20 **p.m.** before the Honorable Magistrate Barbara McAuliffe.  The need

21 for a continuance is based upon defense counsel's need for

22 additional time to conduct defense investigation/review of

23 evidence at the FBI Office and to fully address issues attendant

24 to further plea negotiations and sentencing and to be able to

25 fully advise the defendant.  This is pursuant to an understanding

26 between defense counsel and Assistant U.S. Attorney Christopher

27 Baker.

28 ///

1

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (8)(iv).

**IT IS SO STIPULATED.**

Dated: August 5, 2014.          Respectfully submitted,

                                NUTTALL & COLEMAN


                                By /s/ ROGER T. NUTTALL
                                    ROGER T. NUTTALL
                                    Attorneys for Defendant,
                                    SHELLEY CORKINS


Dated: August 6, 2014.          BENJAMIN B. WAGNER
                                United States Attorney


                                By  /s/ CHRISTOPHER BAKER
                                    CHRISTOPHER BAKER
                                    Assistant U.S. Attorney

///
///
///
///
///
///
///

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the 3rd Status Conference currently scheduled on August 11, 2014, at 1:00 p.m., is continued to **September 22, 2014, at 1:00 p.m. before Judge McAuliffe**. Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (8)(iv).

**IT IS SO ORDERED.**

Dated: **August 6, 2014**          /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE