**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, SHELLEY CORKINS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 1:13-cr-00391-AWI-BAM |
| **Plaintiff,** | STIPULATION AND ORDER |
| **v.** | TO CONTINUE TRIAL |
| **SHELLEY CORKINS aka SHELLY KIMBRELL,** | |
| **Defendant.** | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Trial currently scheduled for March 17, 2015, at 8:30 a.m. be continued to **March 31, 2015, at 8:30 a.m.** before the Honorable Anthony W. Ishii. The need for a continuance is based upon conflicts which exist with the trial schedules of respective counsel. The instant Stipulation is pursuant to an understanding between defense counsel and Assistant U.S. Attorney Christopher Baker.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.

///

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (8)(iv).

**IT IS SO STIPULATED.**

Dated: January 22, 2015.    Respectfully submitted,

NUTTALL & COLEMAN


By /s/ ROGER T. NUTTALL
    ROGER T. NUTTALL
    Attorneys for Defendant,
    SHELLEY CORKINS

Dated: January 22, 2015.    BENJAMIN B. WAGNER
    United States Attorney


By   /s/ CHRISTOPHER BAKER
    CHRISTOPHER BAKER
    Assistant U.S. Attorney


**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Trial currently set for March 17, 2015, at 8:30 a.m., is continued to **March 31, 2015, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:  January 22, 2015            _____
                                         SENIOR DISTRICT JUDGE

2