BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:13-CR-00391-AWI-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DATE FOR FILING MOTIONS *IN LIMINE*** |
| v. | |
| SHELLEY CORKINS, a.k.a SHELLEY DAWN KIMBRELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the filing date for any motions *in limine* may be continued from **February 2, 2015**, to **February 10, 2015**, at 4:00 p.m.  See Doc. 20 at p.1.  Trial of the case is scheduled to commence on March 31, 2015.  See Doc. 22.

The reason for the continuance is to allow the parties to complete discussions regarding possible pretrial resolution of the matter and to conserve the parties' and the Court's resources.  All other filing dates and pretrial dates set forth in the Pretrial Order (Doc. 20) shall remain the same.

1

IT IS SO STIPULATED.

DATED: January 29, 2015                    BENJAMIN B. WAGNER
                                           United States Attorney


                                       By: /s/ Christopher D. Baker
                                           CHRISTOPHER D. BAKER
                                           Assistant U.S. Attorney



DATED: January 29, 2015                By: /s/ Roger T. Nuttall
                                           ROGER T. NUTTALL
                                           Attorney for Defendant
                                           SHELLEY CORKINS


IT IS SO ORDERED.

Dated:  January 29, 2015          _____
                                       SENIOR DISTRICT JUDGE