**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, SHELLEY CORKINS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. **13-cr-0391-AWI-BAM** |
| **Plaintiff,** | **STIPULATION TO CONTINUE SENTENCING HEARING AND BRIEFING SCHEDULE AND ORDER** |
| **v.** | |
| **SHELLEY CORKINS aka SHELLY KIMBRELL,** | |
| **Defendant.** | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for May 11, 2015, at 10:00 a.m. be continued to **June 22, 2015, at 10:00 a.m.** before the Honorable Anthony W. Ishii.

   **IT IS ALSO STIPULATED** by and between the parties herein, that the parties' informal objections to the Presentence Report shall become due on **June 1, 2015,** and the parties' formal objections shall become due on **June 15, 2015.**

   The need for a continuance is based upon defense counsel's need for additional time to gather significant materials to present to the Probation Officer for possible inclusion in the
///

1

Presentence Report.  This is pursuant to an understanding between defense counsel and Assistant U.S. Attorney Christopher Baker.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove noted date.

**IT IS SO STIPULATED.**

Dated: March 23, 2015.          Respectfully submitted,

                                NUTTALL & COLEMAN


                                By  ROGER T. NUTTALL
                                    ROGER T. NUTTALL
                                    Attorneys for Defendant,
                                    SHELLEY CORKINS

Dated:  March 23, 2015.         BENJAMIN B. WAGNER
                                United States Attorney


                                By  HENRY Z. CARBAJAL III
                                    HENRY Z. CARBAJAL III
                                    Assistant U.S. Attorney

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on May 11, 2015, at 10:00 a.m., is continued to **June 22, 2015, at 10:00 a.m.,** and the above-noted briefing schedule be followed.

IT IS SO ORDERED.

Dated:  March 24, 2015                  _____
                                        SENIOR DISTRICT JUDGE

2