**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, SHELLEY CORKINS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**SHELLEY CORKINS aka**<br>**SHELLY KIMBRELL,**<br><br>    **Defendant.** | No. 1:13-cr-00391-AWI-BAM<br><br><u>**STIPULATION AND ORDER TO**</u><br><u>**CONTINUE SENTENCING HEARING AND**</u><br><u>**BRIEFING SCHEDULE**</u> |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for June 22, 2015, at 10:00 a.m. be continued to **August 3, 2015, at 10:00 a.m.** before the Honorable Anthony W. Ishii.

**IT IS ALSO STIPULATED** by and between the parties herein, that the parties' formal objections shall become due on **July 27, 2015.**

The need for a continuance is based upon defense counsel's need for additional time in which to prepare a Sentencing Memorandum, as well as for the Defendant to be able to fully recover from her June 4, 2015, thyroid tumor surgery.

///

1

This request is pursuant to an understanding between defense counsel and Assistant U.S. Attorney Henry Carbajal.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated:  June 10, 2015.          Respectfully submitted,

                                NUTTALL & COLEMAN


                                By  ROGER T. NUTTALL
                                    ROGER T. NUTTALL
                                    Attorneys for Defendant,
                                    SHELLEY CORKINS

Dated:  June 10, 2015.          BENJAMIN B. WAGNER
                                United States Attorney


                                By  /s/ HENRY Z. CARBAJAL
                                    HENRY Z. CARBAJAL III
                                    Assistant U.S. Attorney

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on June 22, 2015, at 10:00 a.m., is continued to **August 3, 2015, at 10:00 a.m.**, and the above-noted briefing schedule be followed.

IT IS SO ORDERED.

Dated:  June 10, 2015                   _____
                                        SENIOR DISTRICT JUDGE

2