**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, SHELLEY CORKINS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>SHELLEY CORKINS aka<br>SHELLY KIMBRELL,<br><br>             Defendant. | No. 1:13-cr-00391-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for August 3, 2015, at 10:00 a.m. be continued to **August 17, 2015, at 10:00 a.m.** before the Honorable Anthony W. Ishii.

The need for a continuance is based upon defense counsel's need for additional time in which to fully prepare for the Sentencing Hearing as related to further analysis of restitution matters.

This request is pursuant to an understanding between defense counsel and Assistant U.S. Attorney Henry Carbajal.

///

///

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated:  July 31, 2015.            Respectfully submitted,

                                  NUTTALL & COLEMAN


                                  By   ROGER T. NUTTALL
                                       ROGER T. NUTTALL
                                       Attorneys for Defendant,
                                       SHELLEY CORKINS

Dated:  July 31, 2015.            BENJAMIN B. WAGNER
                                  United States Attorney


                                  By   /s/ HENRY Z. CARBAJAL
                                       HENRY Z. CARBAJAL III
                                       Assistant U.S. Attorney


## ORDER

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on August 3, 2015, is continued to **August 17, 2015, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:  July 31, 2015                    _____
                                         SENIOR DISTRICT JUDGE

2