**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, SHELLEY CORKINS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 1:13-cr-00391-AWI-BAM |
| **Plaintiff,** | STIPULATION AND ORDER |
| v. | TO CONTINUE SENTENCING HEARING |
| **SHELLEY CORKINS aka SHELLY KIMBRELL,** | |
| **Defendant.** | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for September 8, 2015, at 1:30 p.m. be continued to **October 5, 2015, at 10:00 a.m.** before the Honorable Anthony W. Ishii.  The supplemental summary regarding cash withdrawals shall be due by **September 28, 2015.**

The need for a continuance is based upon defense counsel's need for additional time in which to fully prepare for the Sentencing Hearing as related to further analysis of restitution matters.

This request is pursuant to an understanding between defense counsel and Assistant U.S. Attorney Henry Carbajal.

///

1

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated: September 1, 2015.   Respectfully submitted,

NUTTALL & COLEMAN

By   ROGER T. NUTTALL
    ROGER T. NUTTALL
    Attorneys for Defendant,
    SHELLEY CORKINS

Dated: September 1, 2015.   BENJAMIN B. WAGNER
United States Attorney

By   /s/ HENRY Z. CARBAJAL
    HENRY Z. CARBAJAL III
    Assistant U.S. Attorney

### ORDER

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on September 8, 2015, at 1:30 p.m., is continued to **October 5, 2015, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   September 1, 2015

SENIOR DISTRICT JUDGE

2