**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, SHELLEY CORKINS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 13-cr-000391-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| SHELLEY CORKINS aka SHELLY KIMBRELL, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for October 5, 2015, at 10:00 a.m. be continued to **December 14, 2015, at 10:00 a.m.** before the Honorable Anthony W. Ishii.  The supplemental submissions regarding withdrawals shall be due by **December 7, 2015.**

The need for a continuance is based upon defense counsel's need for additional time in which to fully prepare for the Sentencing Hearing as related to further analysis of restitution matters.

This request by defense counsel has been related to the Government by Assistant U.S. Attorney Henry Carbajal, who has no

1

objection.

The parties stipulate and agree that time can be excluded from October 5, 2015, to, and including, December 14, 2015, based upon counsel's need to be able to adequately represent his client at sentencing, and that the ends of justice outweigh the public's and defendant's interest in a speedy resolution.

Under the circumstances set forth herein, it is respectfully suggested that good cause does exist for a continuance to the hereinabove-noted date.

**IT IS SO STIPULATED.**

Dated:  October 1, 2015.         Respectfully submitted,

NUTTALL & COLEMAN


By  ROGER T. NUTTALL
     ROGER T. NUTTALL
     Attorneys for Defendant,
     SHELLEY CORKINS


Dated:  October 1, 2015.         BENJAMIN B. WAGNER
                                 United States Attorney


By   /s/ HENRY Z. CARBAJAL
     HENRY Z. CARBAJAL III
     Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:   October 1, 2015                                   

                        SENIOR  DISTRICT  JUDGE

2

1
2
3
4
<u>**ORDER**</u>
5
Good cause appearing therefor,
6
**IT IS HEREBY ORDERED** that the Sentencing Hearing currently
7
scheduled on October 5, 2015, at 10:00 a.m., is continued to
8
**December 14, 2015, at 10:00 a.m.**
9
**IT IS HEREBY FURTHER ORDERED** that supplemental
10
submissions regarding withdrawals shall be due by **December 7,**
11
**2015.**
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28